No. 794. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., *v.* DURKEE. April 27, 1931. Petition for writ of certiorari

to the Industrial Accident Commission of California denied. *Mr. M. C. Sloss* for petitioner. *Mr. J. M. Chamberlin* for respondent.